UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | |
|---|---|
| EDWARD A. PLANTE, | Chapter 13<br>Case No. 16-13582-CJP |
| Debtor(s). | |

**RESPONSE BY U.S. BANK TRUST TO DEBTOR'S MOTION FOR DETERMINATION OF FINAL CURE**

NOW COMES U.S. Bank Trust, N.A., as Trustee of the Tiki Series III Trust as serviced by BSI Financial Services ("**U.S. Bank Trust**") and hereby responds to Debtor's Motion for Determination of Final Cure and Payment of all Post-Petition Payments as follows:

1. On December 27, 2021 U.S. Bank Trust filed an amended response to notice of final cure payment alleging that as of December 27, 2021:

   a. U.S. Bank Trust agreed that all pre-petition arrears alleged owed in Claim 8-1 had been paid in full.

   b. U.S. Bank Trust agreed that all post-petition ongoing payments had been made by Debtor and that the Debtor was now contractually due for the January 1, 2022 mortgage payment.

   c. U.S. Bank Trust disagreed that all post-petition fees had been paid in full because the Debtor owed $650.00 pursuant to a Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed on July 18, 2017.

2. On or about January 3, 2022, the Debtor paid the sum of $650.00 to U.S. Bank Trust. U.S. Bank Trust has applied the same to the Debtor's mortgage loan as post-petition fees.

3. U.S. Bank Trust agrees that all post-petition arrears asserted owed in its amended response to notice of final cure payment filed on December 27, 2021 have been subsequently paid by the Debtor.

>Respectfully submitted,
>
>U.S. Bank Trust, N.A., as Trustee of the Tiki Series III Trust, as serviced by BSI Financial Services,
>
>By its counsel,
>
>/s/ *Derek A. Castello*
>Derek A. Castello, Esq. (BBO#690007)
>Demerle Hoeger LLP
>10 City Square
>Boston, MA 02129
>(617) 337-4444
>Bankruptcy@DHNewEngland.com

Dated: January 25, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>EDWARD A. PLANTE,<br><br>Debtor(s). | Chapter 13<br>Case No. 16-13582-CJP |
|---|---|

**CERTIFICATE OF SERVICE**

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 25th day of January, 2022 served on behalf of U.S. Bank Trust, N.A., as Trustee of the Tiki Series III Trust as serviced by BSI Financial Services a <u>Response to Motion for Determination of Final Cure</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Edward A. Plante<br>38 Davis Ave.<br>Attleboro, MA 02703 (M) | William P. Brearley<br>William P Brearley Attorney at Law<br>30 Eastbrook Rd. Ste. 201<br>Dedham, MA 02026 (ECF) |
|---|---|
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |
| Reneau J. Longoria<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 225 D<br>Beverly, MA 01915 (ECF) | Charles S. Kelly<br>Law Offices of Charles S. Kelly<br>160 Old Derby Street<br>Suite 107<br>Hingham, MA 02043 (ECF) |

| Marcus Pratt | Lindsay Kyser |
|---|---|
| Korde & Associates, P.C. | Recovery Law Group, APC |
| 900 Chelmsford Street, Suite 3102 | 6167 Bristol Pkwy |
| Lowell, MA 01851 (ECF) | Suite 200 |
| | Culver City, CA 90230 (ECF) |

*/s/ Derek A. Castello*
Derek A. Castello, Esq.